14843.    CAUSEY *v.* THE STATE.

BROYLES, C. J.    1. The charge on the subject of good character was not erroneous because of failing to state that "good character alone is sufficient to generate a doubt and work an acquittal." *Hill* v. *State,* 18 *Ga. App.* 259 (1 *b*) (89 S. E. 351), and authorities cited.

2. None of the other excerpts from the charge of the court, complained of, when considered in the light of the charge as a whole and the facts of the case, contained material error.

3. The verdict was amply authorized by the evidence, and the overruling of the motion for a new trial was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., disqualified.*

DECIDED NOVEMBER 14, 1923.

Indictment for larceny; from Bibb superior court—Judge Mathews. June 1, 1923.

*John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.